IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS HANN, ELDA COCO, Personal Representative of the Estate of James Coco, deceased, EDWARD HANN, BILLY MYERS FLOYD KING and DOUG RADIGAN,<br><br>　　　　Plaintiffs,<br><br>　-vs-<br><br>CRAWFORD & COMPANY, a corporation,<br><br>　　　　Defendant. | Civil Action No.  00-1908 |

AMBROSE, Chief District Judge.

## AMENDED ORDER OF COURT

AND NOW, this **9th** day of August, 2005, after a bench trial and for the reasons set forth above, it is ordered that judgment is entered in favor of Defendant and against Plaintiffs as to all claims.

BY THE COURT:

/S/ Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge