IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS HANN, ELDA COCO, Personal Representative of the Estate of JAMES COCO, deceased, EDWARD HANN, BILLY MYERS, FLOYD KING and DOUG RADIGAN,<br><br>    Plaintiffs<br><br>vs.<br><br>CRAWFORD & COMPANY, a corporation,<br><br>    Defendant. | ) CIVIL ACTION NO. 00-1908<br>)<br>) NOTICE OF APPEAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Wells Hann, Elda Coco, Personal Representative of the Estate of James Coco, deceased, Edward Hann, Billy Myers, Floyd King and Doug Radigan, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 9th day of August, 2005.

             By:/s/_____
              Joseph E. Fieschko, Jr., Esquire
              Attorney for Wells Hann, Elda Coco,
              Personal Representative of the Estate
              of James Coco, deceased, Edward
              Hann, Billy Myers, Floyd King and
              Doug Radigan
              Fieschko and Associates
              2230 Koppers Building
              Pittsburgh, PA  15219
              412-281-2204
              PA I.D.#28797

CERTIFICATE OF SERVICE

I, Regina Fieschko, secretary for Joseph E. Fieschko, Jr., Esquire, do hereby swear that I have served a true and correct copy of the Notice of Appeal by first class mail, postage prepaid, on the following:

Robert H. Buckler, Esquire
Troutman Sanders, LLP
600 Peachtree Street, N.E.
Bank of America Plaza
Suite 5200
Atlanta, GA  30308-2216

DATED:  August 22, 2005                    By:/s/_____
                                           Regina Fieschko
                                           Fieschko and Associates