IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS HANN, ELDA COCO, Personal Representative of the Estate of JAMES COCO, deceased, EDWARD HANN, BILLY MYERS, FLOYD KING and DOUG RADIGAN, <br><br>             Plaintiffs <br><br> vs. <br><br> CRAWFORD & COMPANY, a corporation, <br><br>             Defendant. | ) CIVIL ACTION NO. 00-1908 <br> ) <br> ) NOTICE OF APPEAL TO 3rd <br> ) CIRCUIT COURT OF APPEALS |

### NOTICE OF APPEAL TO 3RD CIRCUIT COURT OF APPEALS

Notice is hereby given that Wells Hann, Elda Coco, Personal Representative of the Estate of James Coco, deceased, Edward Hann, Billy Myers, Floyd King and Doug Radigan, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 9th day of August, 2005.

By:/s/ Joseph E. Fieschko, Jr., Esquire
Joseph E. Fieschko, Jr., Esquire
Attorney for Wells Hann, Elda Coco, Personal Representative of the Estate of James Coco, deceased, Edward Hann, Billy Myers, Floyd King and Doug Radigan
Fieschko and Associates
2230 Koppers Building
Pittsburgh, PA  15219
412-281-2204
PA I.D.#28797