UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA  15230
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

October 3, 2005

Robert C. Stevens, Esquire
Troutman Sanders
600 Peachtree Street, N.E.
Suite 5200 Bank of America Plaza
Atlanta, GA 30308-2216

Re: Hann, et al. v. Crawford & Company
**Civil Action No. 00-1908**

Dear Mr. Stevens:

After a review of the record in the above case, and the plaintiff having filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit, no action will be taken on your Bill of Costs until disposition of the appeal.

Please advise me when and if the appeal has been affirmed and the mandate filed in the district court, and then a deadline will be established for the defendant to file their objections.

Sincerely,

*R.V. Barth, Jr.*
Robert V. Barth, Jr.

cc: Counsel of Record
    File