**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 05-4172</u>

Hann, et al.

vs.

Crawford Co

Wells Hann, Appellant

(Western District of Pennsylvania Civil No. 00-cv-01908)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*
  Clerk
  United States Court of Appeals
  for the Third Circuit

Date: October 13, 2005

cc:
  Joseph E. Fieschko Jr., Esq.
  Benjamin D. Briggs, Esq.
  Robert H. Buckler, Esq.
  Robert C. Stevens, Esq.
  Seth T. Ford, Esq.
  Richard L. Rosenzweig, Esq.
  Shelly R. Pagac, Esq.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron
Clerk